

# NUMBER 13-15-00132-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF L.J.P.T., A MINOR CHILD

On appeal from the 347th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Karah Trudeau, filed an appeal from a judgment entered by the 347th District Court of Nueces County, Texas, in cause number 2014-FAM-2474-H. Appellant has filed an unopposed "Motion to Nonsuit or Discontinue Appeal" on grounds that the parties have agreed to attend mediation to resolve all issues. Appellant requests that this Court nonsuit or discontinue prosecution of this appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See*

TEX. R. APP. P. 42.1(a). Appellant's motion to nonsuit or discontinue appeal is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
23rd day of April, 2015.